UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. )
) No. 1:20-cr-132-04-JD
PRESTON ELLIOTT, )
Defendant )

## INFORMATION

The United States Attorney Charges:

### COUNT ONE
[Possession with Intent to Distribute 40 Grams or More of Fentanyl]
[21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi))]

On or about December 6, 2019, in the District of New Hampshire, the defendant,

PRESTON ELLIOTT,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, specifically, 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(b)(vi).

SCOTT W. MURRAY
United States Attorney

/s/ Jennifer C. Davis
Dated: 10/23/2020      Jennifer C. Davis
Assistant U.S. Attorney

1